IN THE UNITED STATES DISTRICT COURT OF
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUL 2 8 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| STEPHEN L. LE | § | |
|     *Plaintiff,* | § | |
| | § | |
| v | § | CIVIL ACTION NO. H-03-1234 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER-HOUSTON | § | JURY TRIAL DEMANDED |
| SCHOOL OF NURSING | § | |
|     *Defendant.* | § | |

## ORDER

The Court having reviewed Defendant's Unopposed Motion for Leave to File an Amended Answer, and having concluded that the motion is meritorious, it is hereby

ORDERED: that Defendant's Motion for Leave to File an Amended Answer is hereby GRANTED. It is

FURTHER ORDERED: that Defendant's Amended Answer be and the same hereby is filed as of this date.

SIGNED this the 28th day of _____July_____, 2003.

_____
UNITED STATES DISTRICT JUDGE